www.hcso.hctx.net

# SHERIFF ADRIAN GARCIA



**TO WHOM IT MAY CONCERN:**

This letter is to inform you that **TOMARI ATIBA DAVIS**
**DOB: 03/29/84 , SPN: 01873477 was in custody in the Harris County Jail in Houston Texas.**
**From: 11/24/15 to 03/15/16 inclusively. If you require any additional information please feel**
**free to contact us at Ph# 713-755-5300.**

Sincerely,

**Beverly Johnson/Clerk**
**Harris County Sheriff's Office**
**Bonding/Records Management Division**

www.hcso.hctx.net

**Harris County Sheriff's Office**
Health Services
1200 Baker St.
Houston, TX 77002

*August 5, 2016*
Page 1
Chart Document

**DAVIS, TOMARI ATIVA** JA092A2A01R ATW
**SPN#:01873477  Sex: Male  DOB: 03/29/1984**

**02/15/2016 - HCSO Provider Progress Note: Provider Progress Note - Walk In**
**Provider: Mary Ward, LVN**
**Location of Care: JA09 MH**

## HCSO Vitals

Allergies: No Known AllergiesAllergies reviewed by nurse
Height (in): **71** Temperature (deg F): **98.5 Oral**
Pulse Rate (BPM): **79** Respiration Rate (RPM): **18**
BP (mmHg) **124 / 78**Reason for Visit: **PT states on 2/10/2016 @ approximately 11am ,he was stuck to the back of his head by staff causing injury. See NAPS. MD to eval.**
**Mary Ward, LVN (February 15, 2016 10:47 AM)**

## History of Present Illness

## Problems

Current Problems:
* FACIAL AND HEAD TRAUMA.
BIPOLAR I DISORDER, MOST RECENT EPISODE MANIC, SEVERE WITH P (DS4-296.44)
OTH GENERAL MEDICAL EXAMINATION ADMIN PURPOSES (ICD-V70.3)
65 GAF (AXIS V) (Gaf65)
PROBLEMS R/T INTERACTION WITH THE LEGAL SYSTEM (AXIS IV) (AxisIV8)
* C/O SWORE THROAT
DEFERRED DIAGNOSIS ON AXIS II (AXIS II) (DS4-799.9-A)
PHENCYCLIDINE DEPENDENCE (AXIS I) (DS4-304.90-B)
CANNABIS DEPENDENCE (AXIS I) (DS4-304.30)
COCAINE DEPENDENCE (AXIS I) (DS4-304.20)
Hx of BIPOLAR DISORDER NOS (AXIS I) (DS4-296.80)

**Electronically Signed by Mary Ward, LVN on 02/15/2016 at 10:49 AM**

| PATIENT | TOMARI DAVIS | DOB 03 29 1984 | AGE | | DATE 11 14 2017 |
|---|---|---|---|---|---|

| PATIENT COMPLAINT | BLUR @ (DIST) NEAR | HEADACHES | BROKEN/LOST GLASSES | EYE STRAIN | IRRITATED RED EYE | ANNUAL EXAM |
|---|---|---|---|---|---|---|

WANTS TO CHECK TWITCH IN RIGHT EYE                    LEE: ?

c/o OD side "wiring" "streaming" not normal mvt.
Ø do when eyes are closed

Ø

MEDICATIONS INDICA, DIRB

ALLERGIES Ø

Has papers from Hegg

| DIST | VA AIDED | NEAR | PATIENT OLD RX | | DIST | VA UNAIDED | NEAR |
|---|---|---|---|---|---|---|---|
| OD 20/ | OD 20/ | | OD | | OD 20/ 50 | |
| OS 20/ | OS 20/ | | OS | | OS 20/ 50 | OS 20 |
| OU 20/ | OU 20/ | | ADD | YEAR | OU 20/ 50 | OU 20 100 |

KERATOMETRY

CONF FIELDS
☒ Full OU
☐ VF_____ screening (Attach)

AUTOREF/RETINOSCOPY/CYCLOPLEGIC
OD -1.25 -0.75 × 108
OS -1.75 -0.50 × 16   -1.25 × 111

PUPILS

IOP @ 1:54 am/(pm)   (NCT)/APP
OD 16 _____ mmHg
OS 12 _____ mmHg
Pt. refused tonometry _____

BVA
OD -175 -050 X 90 ———— 20/ 30
OS -150 -052 X 100 ———— 20/ 25
ADD _____ -2 _____ 20/

COVER TEST   D 0   N 0
VNPC ☐ Nose ———— 50

AMP ACC _____ NRA (-) _____
DIST PHORIA H _____ V _____
NEAR PHORIA H _____ V _____ BO _____

ISHIARA COLOR TEST
OS

EOM ☐ Restricted ☒ Unrestricted
STEREO _____ sec

DIAGNOSTIC CONTACT LENSES: BC/OAD/PWD/BRAND

ADDITIONAL TEST

MICROSCOPY

LIDS/LASHES
CONJ
K
IRIS
A/C
LENS

OPTHALMOSCOPY
2:10 pm
cocaine 0.5 %
tropicamide 1.0 %
phenylephrine 2.5 %
dilate 1.0 %
2:10 ___ am/pm

☐ DO ☐ BIO ☐ 90D ☐ 78D ☐ SF

C/D
A/V
MACULA
VITREOUS
PERIPHERY
healthy

Patient declined dilation _____

ASSESSMENT
refractive status ☐ Emmetropia ☒ Myopia ☐ Hyperopia ☐ Astigmatism
Presbyopia ☐ Amblyopia ☐ Other _____
Binocularity ☐ Good _____
Ocular Health ☐ Good ☐ Needs DFE _____
Other _____
Educated

PLAN
1 X M

NTGP

Dr Initial

# PADILLA MEDICAL CLINIC

William Padilla, M.D.
Mary A. Santiago, M.D.
Scott Mulder, FNP-BC.
Dana Reyes, FNP-C
Kiera Moore, FNP-C
Carla Garza AGNP-C

2502 Canal St.
Houston, Texas 77003
Tel: (713)224-0555   Fax: (713)224-1918

# Referral Form

## Please allow 1 work week not including weekends for referrals to be processed

Date: _1 / 9 / 18_ **Insurance** _UHC Ins_ ( ) **Initial** ( ) **Follow UP**

Patient Name _Tomah Davis_ DOB: _3 / 29 / 84_

Address: _____

Tel: _____ Parent's Name: _____

Date(s) Patient seen: _____

Reason for Referral: _altered vision_

Referring Specialty: _Ophamology_

Specialty Name: _Dr. Daniel Jenkins_

Address: _7433 Harrisburg Houston TX 77011_

Tel: _713-928-3375_ Fax: _____

**Test Performed:** ( ) Lab ( ) X-Ray ( ) Ultrasound ( ) CT Scan ( ) MRI
( ) Other _____

_____
Physician Signature

File with
Court
District
Clerk

# IN THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF TEXAS

# HOUSTON DIVISION

**TOMARI ATIBA DAVIS**

       **Petitioner**

Vs

**JONATHAN AJAYI**

       **Defendants**

## CERTIFICATE OF INTERESTED PERSONS

**TO THE HONORABLE JUDGE OF SAID COURT COMES NOW, TOMARI ATIBA DAVIS, by through Sui Jur & files this Certificate of Interested Persons pursuant to the directives of this court and show as following:**

**1. Harris County Jail**

**1200 Baker**

**Houston , Tx 77003**

**2. Lindsey Johnson**

**Risk Management**

**1310 Prairie**

**Houston, Tx 77002**

**3.  Mike Stafford**

**County Attorney of Harris County**

**1019 Congress**

**Houston, Tx 77002**

**4. Harris County Sheriff's Office**

**Health Services**

**1200 Baker St.**

**Houston, Tx 77002**