**TOMARI ATIBA DAVIS**
    **Plaintiff as Principle**
**V.**                                        **Case NO. 4:18-CV-388**

**Jonathan Ajayi**

## MOTION FOR DEFAULT JUDGMENT FINAL JUDGMENT

### Jurisdiction

United States Courts
Southern District of Texas
FILED
MAY 03 2018
David J. Bradley, Clerk of Court

**28.S.C. 1343(a), 28 U.S.C. 1331, 28 U.S.C 1367 29**

**TO THE U.S. DISTRICT CLERK:**

    The claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law;

    Exhibit (1) sho'ws date Proof of Service to be February 13, 2017 with no record of Proof of Service in response of claim filed until March 05, 2017. Rule 60(b)(1) Grounds of relief for from a Final Judgement, Order, or proceeding.

    Of record request, the plaintiff was owed a duty of care through a relationship or some other principle (Defendant was assured safety, security and medical monitoring with discretion for vital signs daily).

    Exhibit (2) There was a dereliction or breach of a duty. The Harris County Sheriffs Office Jail, Jonathan Ajayi, and un-named Harris County Sheriffs Office Jail employees consisted with failing to render immediate regard for medical attention for Five days. An internal affairs investigation led to the record fact of injury during the event of February 10, 2016 while in Harris County Sheriffs Office Jail.

    The tortfeasor directly caused the injury, but for the defendant's actions, the plaintiff would not have suffered an injury.

>The plaintiff suffered damage because of that breach. The plaintiff is undergoing scheduling obligations, medical evaluation requirements including inpatient to out patient mental health treatment, medical services for Ophthalmologist, results pending further discovery of MRI findings. Emotional and Phycological strain and stress, conflicting schedule continuing education irrespective to educational pursuit, fee's, costs, financing, and facilitation of medical treatment not covered by an award of social security or private insurance amount in lue of $2,300,000.00 as requested as remedy of effect.
>
>The damage was not too remote; there was proximate cause to show the breach caused the damage.
>
>In this case the negligence can be assumed under the doctrine of res ipsa loquitur.
>
>   1. Exhibit B Existing law extending argument warranted by existing law.
>
>(A) the factual contentions have evidentiary support or, if specifically identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery;
>
>1. Exhibit C record of fact, injury report created past reasonable response for proper medical attention. Violation of policy and procedure governing the actions, responses, & overview of operation established for safety and security.
>
>(C) the denials of factual contentions are warranted on the evidence, specifically identified, and reasonably based.
>
>1. The records obtained from defendant's principle place of business verifies by record the division in operative policy and procedure by both the Harris County Sheriffs Office Jail and upon discovery the Internal Affairs Department of The Harris County Sheriffs Office from actions detailed on record.
>
>2. Negligence was sited and viewed with roster record of employees liable for negligence in being notified and being completely aware without regard for policy and procedure, oath sworn by, or the safety and well being of plaintiff (2-10-2015 through 2-15-2015).
>
>3. No such regard to communicate, establish point of contact or entering negotiations arbitrations or otherwise settling on a voluntary basis has

been made by opposing council or members of responsible parties involved, attached Exhibit 3(c)3.

**WHEREFORE PREMISES CONSIDERED, plaintiff filed requests for U.S. District Clerk:**

a. File Motion For Default Judgment Final Judgment.

b. Enter an Order of Judgment in Plaintiffs favor against the defendants for compensatory damages in an amount sufficient to fully compensate him for remedies requested $2,300,000.00 of calculated amount notarized for summary and input.

DATE: _____

                **CLERK OF COURT**        or

                _____    _____

_____**Attorney Signature**

The name, address, and telephone number of the attorney representing TOMARI ATIBA DAVIS  2229 ANN HOUSTON TX77003 _____

Notice

## HERE NOW BY SUI JUR SPECIAL APPEARANCE.

03-09-2018

DATE

TOMARI ATIBA DAVIS

SAVE A SEED

SIGNATURE

Here now before appeared LORD TOMARI ATIBA DAVIS who affirmed to be said Sui Juris who's principle office is 2229 ANN HOUSTON, TEXAS 77003 c/o 2406 GREGG HOUSTON, TEXAS 77026.

NOTARY IN FOR THE STATE OF TEXAS

County of Harris
Signed and sworn to (or affirmed) before me
on March 9, 2018
by Tomari Atiba Davis

My commission expires 4-23-2020

(seal)
FRANCISCO XAVIER SANCHEZ JR.
Notary Public, State of Texas
Comm. Expires 04-23-2020
Notary ID 12896562-7

IN THE PRINCIPE MANNER COMES LORD TOMARI ATIBA DAVIS.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

RECEIVED
UNITED STATES MARSHAL
2018 FEB 13 PM 4: 27
SOUTHERN DIST. S/TX

TOMARI ATIBA DAVIS
*Plaintiff(s)*

v.

Civil Action No. 4:18CV388

HARRIS COUNTY JAIL Sheriffs Office
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Ed Gonzalez Att. Harris County Jail
1200 Baker
Houston TX 77002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

TOMARI ATIBA DAVIS
2229 ANN
HOUSTON, TX 77003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID J. BRADLEY
*CLERK OF COURT*

FEB 12 2018

Date: 02-09-2018

*Joan Davenport*
*Signature of Clerk or Deputy Clerk*

Exhibit (1)

w.sheriff.hctx.net

# SHERIFF RON HICKMAN



## OFFENSE / INCIDENT REPORT REQUEST FORM

Use this form to request a detailed copy of an Offense / Incident Report ONLY.
DO NOT USE TO REQUEST CRASH REPORT – CR3.

Be specific, and write legibly.

Please be advised that our search for records is based on the information provided.
We do not conduct advanced searches to databases outside of the Harris County Sheriff's Office.

Send your request to the following:
Harris County Sheriff's Office
Attention: Legal Department
1200 Baker Street
Houston, Texas 77002

RECEIVED
MAR 10 2017
LEGAL COUNSEL

## OFFENSE / INCIDENT DETAILS

YOU MUST PROVIDE AS MUCH INFORMATION AS POSSIBLE FOR THE FOLLOWING:

Offense / Incident Report Number: _(See) Sgt Johnson Admin   UCHJ Also contacted_
Name of Person(s), and Date of Birth(s), Involved: _TOMARI ATIBA DAVIS_
_(Save a seed)_

Location of Offense/Incident: _While Injail_
Date Offense/Incident: _(see) Sgt. Johnson or Bell_

### YOUR CONTACT INFORMATION  SPN# 01893477

Contact Name: _TOMARI ATIBA DAVIS_   Telephone Number: _____
Email Address: _~~_____~~ E.NIGHTSTREET@GMAIL.COM_
Mailing Address: _Mail to: 2229 ANN_
_HOUSTON TEXAS 77003_

Once your requested information is ready, we will either contact you with the fee amount, or send responsive information to you.

*Required field

Exhibit (1)-2(a)

1200 Baker Street, Houston,

Harris County Sheriff's Office
Health Services
1200 Baker St.
Houston, TX 77002

August 5, 2016
Page 1
Chart Document

**DAVIS, TOMARI ATIVA** JA092A2A01R ATW
SPN#:01873477 Sex: Male DOB: 03/29/1984

**02/15/2016 - HCSO Provider Progress Note: Provider Progress Note - Walk In**
Provider: Mary Ward, LVN
Location of Care: JA09 MH

## HCSO Vitals
Allergies: No Known AllergiesAllergies reviewed by nurse
Height (in): 71 Temperature (deg F): 98.5 Oral
Pulse Rate (BPM): 79 Respiration Rate (RPM): 18
BP (mmHg) 124 / 78Reason for Visit: **PT states on 2/10/2016 @ approximately 11am ,he was stuck to the back of his head by staff causing injury. See NAPS. MD to eval.**
Mary Ward, LVN (February 15, 2016 10:47 AM)

## History of Present Illness

## Problems
Current Problems:
* FACIAL AND HEAD TRAUMA.
BIPOLAR I DISORDER, MOST RECENT EPISODE MANIC, SEVERE WITH P (DS4-296.44)
OTH GENERAL MEDICAL EXAMINATION ADMIN PURPOSES (ICD-V70.3)
65 GAF (AXIS V) (Gaf65)
PROBLEMS R/T INTERACTION WITH THE LEGAL SYSTEM (AXIS IV) (AxisIV8)
* C/O SORE THROAT
DEFERRED DIAGNOSIS ON AXIS II (AXIS II) (DS4-799.9-A)
PHENCYCLIDINE DEPENDENCE (AXIS I) (DS4-304.90-B)
CANNABIS DEPENDENCE (AXIS I) (DS4-304.30)
COCAINE DEPENDENCE (AXIS I) (DS4-304.20)
Hx of BIPOLAR DISORDER NOS (AXIS I) (DS4-296.80)

Electronically Signed by Mary Ward, LVN on 02/15/2016 at 10:49 AM

Exhibit (1)-D

PATIENT: TOMARI DAVIS    DOB 03/29/1984    AGE ___    DATE 11/14/2017

PATIENT COMPLAINT: (BLUR @ DIST/NEAR)  HEADACHES  BROKEN/LOST GLASSES  EYE STRAIN  IRRITATED RED EYE  ANNUAL EXAM

WANTS TO CHECK TWITCH IN RIGHT EYE    LEE: ?
"to OD side" "wiring" "stretchy" not normal mvt.
Ø do when eyes are closed
Ø

MEDICATIONS: INDICA, DIRB

ALLERGIES: Ø    Has papers from HC@ 8

| VA AIDED | NEAR | PATIENT OLD RX | DIST VA UNAIDED | NEAR |
|---|---|---|---|---|
| 20/ | OD 20/ | OD | OD 20/ 50 | |
| 20/ | OS 20/ | OS | OS 20/ 50 | OS |
| 20/ | OU 20/ | ADD    YEAR | OU 20/ 50 | OU 20/ 100 |

KERATOMETRY

CONF FIELDS: ☒ Full OU    ☐ VF ___ screening (Attach)

AUTOREF/RETINOSCOPY/CYCLOPLEGIC
OD -1.25 -0.75 x 108
OS -1.75 -0.50 x 16    -1.25 x 111

IOP@ 1:54 am/pm  NCT/APP
OD 16 mmHg
OS 12 mmHg
Pt. refused tonometry

BVA
OD -1.75 -0.50 x 90    20/30
OS -1.50 -0.50 x 10    20/25
ADD ___    20/

COVER TEST  D 0  N 0
NPC ☐ Nose

AMP ACC ___  NRA (+) ___  net PL ___
DIST PHORIA H ___ V ___
NEAR PHORIA H ___ V ___  50

ISHIHARA COLOR TEST
OS ___
EOM ☐ Restricted ☒ Unrestricted
STEREO ___ sec

DIAGNOSTIC CONTACT LENSES: BC/OAD/PWD/BRAND

ADDITIONAL TEST

BIOMICROSCOPY
LIDS/LASHES
CONJ
K
IRIS
A/C
LENS

OPHTHALMOSCOPY
2:10 pm
tetracaine 0.5%
tropicamide 1.0%
phenylephrine 2.5%
dilate 1.0%
2:10 am/pm

☐ DO  ☐ BIO  ☐ 90D  ☐ 78D  ☐ SF
Patient declined dilation ___

C/D 0.3
A/V
MACULA
VITREOUS
PERIPHERY
healthy ou

ASSESSMENT
Refractive status: ☐ Emmetropia ☒ Myopia ☐ Hyperopia ☒ Astigmatism
☐ Presbyopia ☐ Amblyopia ☐ Other ___
Binocularity: ☐ Good ___
Ocular Health: ☐ Good ☐ Needs DFE
Other ___
Educated ___

PLAN
1x M
NTC
Dr. initial

Exhibit (2) - A

Harris County Sheriff's Office
Health Services
1200 Baker St.
Houston, TX 77002

*August 5, 2016*
Page 1
Chart Document

**Exhibit B**

DAVIS, TOMARI ATIVA  JA092A2A01R ATW
SPN#:01873477  Sex: Male  DOB: 03/29/1984

02/15/2016 - HCSO Provider Progress Note: Provider Progress Note - Walk In
Provider: Josephine Iroegbu, FNP
Location of Care: Health Services (JA09)

## HCSO Vitals

Allergies: No Known Allergies
Height (in): **71** Temperature (deg F): **98.5 Oral**
Pulse Rate (BPM): **79** BP (mmHg) **124 / 78** Reason for Visit: **REFERRED FROM 2P UNIT FOR HEAD INJURY**
Christina Casas, LVN (February 15, 2016 11:39 AM)

## History of Present Illness

Chief Complaint: C/O Head of Injury
Verified Patient Name and DOB
History of Present Illness: 31 y/o BM with mental illness brought to clinic by an officer to evaluate for head injury. Pt handed a written note of what he says happened to him on 2/10/16 and refused to talk but responds to questions from provider by shaking his head for yes and noding for no. Pt states that on 2/10/16, he was punched on the back of his head by staff and that has caused him to have dizziness and pressure to his right eye. Pt did not c/o pain to head or eye but endorses pain to head when provider asked him but refuses to have any pain medication. Denies confusion, weakness, nausea and or vomiting, irritation, redness, blurry vision or vision loss. VSS.

## Review of Systems

**Eyes:** Patient denies blurring, diplopia, irritation, discharge, vision loss, eye pain, photophobia.
**Neurologic:** Patient denies weakness, paresthesias, seizures, syncope, vertigo.
**Psychiatric:** Patient denies memory loss.

## Physical Exam:

Pertinent Exam Findings As Below:
General:
    Non verbal. alert and oriented. follows command. NAD.
Head:
    Mild Abrasion to occipital region. Dry, Healing. No hematomas.
Eyes:
    PERRLA/EOM intact, conjunctiva and sclera clear without nystagmus. No irritation, d/c, swelling.
Ears:
    TM's intact and clear with normal canals
Nose:
    no deformity, discharge, inflammation, or lesions.
Lungs:

*Exhibit-2.B*

Respectfully submitted,

OF COUNSEL:

/S/ Armando S. Chiu
Armando S. Chiu
Assistant County Attorney
Federal I.D. No. 38696
State Bar No. 08534000
1019 Congress, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5345
Facsimile: (713) 755-8924
armando.chiu@cao.hctx.net

VINCE RYAN
HARRIS COUNTY ATTORNEY

Attorney for Defendant *Non Sui Juris*

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2018, a true and correct copy of this pleading was delivered pursuant to the Federal Rules of Civil Procedure to:

Tomari Atiba Davis
2229 Ann
Houston, Texas 77003
281.701.1983

/S/ Armando Chiu
ARMANDO CHIU
Assistant County Attorney

Exhibit (2) (C)

4



# SAS

## LORD TOMARI ATIBA DAVIS

**EDUCATIONAL LOSS | PYHSICAL DAMAGE
REQUIRED MEDICAL TREATMENT & EXAMINATION
COMPENSATION FOR DISABILITY NOT ISSURED & INFLATION
ADJUSTMENT**

## OBJECTIVE

Outline briefing for overview of Damage for Financial Breakdown.

## TREATMENT

Social Counseling
Phycological Rehabilitation
Anger Management
Leadership Advocacy
Physical Therapy
Optometry
Optomelogist
Neurologist

## MONITARY LOSSES

**CASTING AUDITION (            ) • CONTRACT LAND
OBLIGATIONS FOREFITED - ADMISTATIVE INTERFERANCE WITH A
PUBLIC SERVICE -**

The Net amount of wages not earned during the time damages began to occur have continued to conflict with productive means to facilitate beyond rehabilitation & reasonable means of productivity.

## EDUCATION

**CULINARY ARTS • COMMUNITY DEVELOPMENT • PARALEGAL**

Institutions with affected scheduling due to damages.

**ART INSTITUTE OF HOUSTON • LOS ANGELAS TRADE TECH
COMMUNITY COLLEGE • HOUSTON COMMUNITY COLLEGE
UNIVERSITY OF HOUSTON DOWNTOWN SYSTEMS.**

"This instrument was acknowledged before me on March 9, 2018

NOTARY IN FOR THE STATE OF TEXAS _____



All information presented as subject material of fact. Information is true and affirmed to be

**281.701.1983**  /s/ TOMARI ATIBA DAVIS
**TELEPHONE**

TOMARI ATIBA DAVIS

    Plaintiff as Principle

V.

Jonathan Ajayi,

Harris County Sheriff's Office

    Defendant

Case No.4:18-CV-388

United States Courts
Southern District of Texas
FILED

MAY 03 2018

David J. Bradley, Clerk of Court

## MOTION FOR DEFAULT JUDGMENT FINAL JUDGMENT

TO THE HONORABLE UNITED STATES DISTRICT CLERK:

Rule 503.1 (1) Claim based on written document; Attorney for Harris County did not meet regaurd for response to complaint within a 14 day time period. Record documentation of services to the legal department with signature attached for intent to file 30 days prior to filling service dated February 13 2017 received by responding on March 05 2017; Wherefore with the negligence and abandonment of filing response within 14 days warrants defendants failure to respond a just cause for motion for default judgment filed by said clerk. Respectfully received 7 days or more prior to hearing with return signature copy to legal representation filed as such.

Respectfully submitted requesting

    a. Enter an Order of Judgment in Plaintiffs favor against the defendants for compensatory damages in an amount sufficient to fully compensate him for remedies requested 2,300,000.00.
    b. Enter an Order of Judgment filed in Plaintiffs favor against the defendants for exemplary damages in am amount which would adequately acknowledge client at time of damages, negotiations for sought seeking remedies of requested and filed amount in lue of 120,000,000.00

_____       _____

Date

Exhibit 3(c) 3

WHEREFORE PREMISES CONSIDERED, plaintiff requires that this Honorable Court:

a. Enter an Order of Judgment in Plaintiff's favor against the defendants for compensatory damages in an amount sufficient to fully compensate him for assault & discrimination submitted request $2,300,000.00 accounting for disability and adjusted time inflation of events accumulated.

b. Enter an Order of Judgment in Plaintiff's favor of the Plaintiff and against the defendants for exemplary damages in an amount which would adequately punish the defendants for their acts and omissions;

RESPECTFULLY SUBMITTED

TOMARI ATIBA DAVIS

2229 ANN

HOUSTON TX 77003

281.701.1983

The State of Texas §
County of Harris §

BEFORE ME, THE UNDERSIGNED AUTHORITY, On this day personally appeared

__ToMari Athas Davis__

known to me to be the person whose name is subscribed to the foregoing instrument of writing and acknowledged to me that he/she executed the same for the purpose and considerations therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, On __3/11/18__

(Seal)

Notary Public in and for the State of Texas

**COMPLETE THIS SECTION** ...ems 1, 2, and 3.
...ame and address on the reverse
...an return the card to you.
...card to the back of the mailpiece,
...ont if space permits.

1. Article Addressed to:

49. San Jacinto, 1st Flr
Houston TX 77002

9590 9402 3517 7275 5811 08

2. Article Number (Transfer from service label)

7017 0660 0000 3231 2527

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent
               ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt