Case 4:18-cv-00388   Document 25   Filed on 06/26/18 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 26, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TOMARI ATIBA DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-0388 |
| | § | |
| JONATHAN AJAYI and HARRIS | § | |
| COUNTY SHERIFF'S OFFICE JAIL | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

By Order entered June 15, 2018, Plaintiff was permitted ten (10) days to file a written response to show good cause, if any exists, why this case should not be dismissed without prejudice for want of prosecution.

Plaintiff has failed to respond to the Order, and has shown no reason that this case should not be dismissed for want of prosecution. Accordingly, it is

ORDERED that this case is DISMISSED without prejudice for want of prosecution.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 26TH day of June, 2018.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE